# CORNELL & GOLLUB

ATTORNEYS AT LAW
75 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 482-8100
TELECOPIER (617) 482-3917
cgmail@cornellgollub.com

DAVID H. SEMPERT
PETER M. DURNEY*+
DAVID W. McGOUGH**+
THOMAS A. PURSLEY◊+
MARIE CHADEAYNE CHAFE△
JAMES P. KERR
PATRICIA A. HARTNETT◊
GREGG P. BAILEY△
MARCI J. SHYAVITZ
CHRISTINE A. KNIPPER
TRACY L. KORAL
MELANIE M. RAND
OF COUNSEL
PHILIP J. FOLEY✦

ROBERT W. CORNELL
(1910-1987)
KARL L. GOLLUB
(1934-1985)

RHODE ISLAND OFFICE

148 MAIN STREET
WAKEFIELD, RHODE ISLAND 02879

TELEPHONE (401) 782-2072
TELECOPIER (401) 782-4941

△ ALSO ADMITTED IN CONNECTICUT
* ALSO ADMITTED IN MAINE
+ ALSO ADMITTED IN NEW HAMPSHIRE
✦ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA
◊ ALSO ADMITTED IN RHODE ISLAND

September 10, 2004

Civil Clerk's Office
Norfolk Superior Court
650 High Street
Dedham, MA  02026

**VIA OVERNIGHT COURIER**

RE:   Ronald Chiurri v. American Honda Motor Co., Inc., C.A. No.: 04-01284

Documents:
1.) Notice of Filing Notice of Removal; and
2.) Notice of Removal filed in the United States District Court

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1441(d), enclosed for filing please find a copy of the Notice of Removal filed with the U.S. District Court for the District of Massachusetts, which provides notice that the defendant has filed a Notice of Removal, hereby removing the above-captioned matter to the United States District Court for the District of Massachusetts.

I wish to obtain a certified copy of the state filings, and ask that you forward those materials to me at your earliest opportunity. Please also forward to me any copying costs that may be incurred.

Thank you for your attention to this matter.

Very truly yours,

Gregg P. Bailey

GPB/bmh
Enclosures
cc:   Kenneth M. Knee, Esq. (via first-class mail)