UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11974 NG

RONALD CHIURRI,
Plaintiff,

v.

AMERICAN HONDA MOTOR CO., INC.
Defendant.

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

In accordance with Local Rule 83.5.2, please enter my appearance as attorney for defendant, American Honda Motor Co., Inc., in the above-referenced matter.

Respectfully submitted,

Defendant,
American Honda Motor Co., Inc.
By its attorney,

Peter M. Durney, BBO # 139260
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
TEL: (617) 482-8100
FAX: (617) 482-3917

## CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the defendant, American Honda Motor Co., Inc., hereby certify that on the /0th day of September, 2004, a true copy of the foregoing, Notice of Appearance, was served by mail, postage prepaid, directed to:

Kenneth M. Knee, Esq.
Law Offices of Kenneth M. Knee
55 Union Street
Boston, MA 02110

_____
Peter M. Durney