UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

RONALD A. CHIURRI
    Plaintiff,

v.

KAWASAKI MOTORS CORP., USA
    Defendant.

04-11974 NG

### DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant American Honda Motor Co., Inc. states that it is a wholly owned subsidiary of Honda Motor Co., Ltd., which owns more than ten (10) percent of its stock. No other publicly held companies own 10% or more of American Honda Motor Co., Inc.'s stock.

    Defendant,
    American Honda Motor Co., Inc.
    By its attorney,

    _____
    Peter M. Durney, BBO #139260
    CORNELL & GOLLUB
    75 Federal Street
    Boston, MA 02110
    TEL: (617) 482-8100
    FAX: (617) 482-3917

## CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the defendant, American Honda Motor Co., Inc., hereby certify that on the ___10th___ day of September, 2004, a true copy of the foregoing, Defendant American Honda Motor Co., Inc.'s Corporate Disclosure, was served by mail, postage prepaid, directed to:

Kenneth M. Knee, Esq.
Law Offices of Kenneth M. Knee
55 Union Street
Boston, MA 02110

_____
Peter M. Durney