UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-11974-NG

RONALD CHIURRI

Plaintiff

v.

AMERICAN HONDA MOTOR CO., INC.

Defendant

<u>ORDER</u>

October 14, 2004

COHEN, M.J.

The above-entitled matter was referred to this court for pretrial proceedings consistent with the provisions of Rule 2(a) of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts.  At the scheduling conference held on this date, counsel for the respective parties reported that the case had been settled.  Accordingly, counsel for the respective parties shall file appropriate closing papers on or before Monday, November 15, 2004, and the file is hereby ordered returned to the Clerk to be closed upon receipt of those closing papers.

_____
UNITED STATES MAGISTRATE JUDGE