UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11974NG

RONALD CHIURRI,
    Plaintiff,

v.

AMERICAN HONDA MOTOR CO., INC.
    Defendant.

## DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S
## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court Local Rule 16.1(D)(3), Defendant American Honda Motor Co., Inc., through its authorized representative, certifies that it has conferred with undersigned counsel regarding the budget for the costs of conducting the full course, including various alternative courses, of this litigation. Defendant and counsel have also conferred regarding the resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in United States District Court Local Rule 16.4.

_____
Brad J. Safon, Esq.
Senior Staff Attorney
American Honda Motor Co., Inc.
700 Van Ness Avenue
Torrance, CA 90501

_____
American Honda Motor Co., Inc.
By Its Attorneys,
Peter M. Durney, BBO# 139260
Gregg P. Bailey, BBO # 648259
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110