UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11974NG

RONALD CHIURRI,
    Plaintiff,

v.

AMERICAN HONDA MOTOR CO., INC.
    Defendant.

## STIPULATION OF DISMISSAL

The parties to the above-captioned matter hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims by plaintiff, Ronald Chiurri, against the defendant, American Honda Motor Co., Inc., be dismissed with prejudice and without costs to any party.

Plaintiff,
Ronald Chiurri
By his attorney,

Kenneth M. Knee
Law Office of Kenneth Martin Knee
55 Union Street
Third Floor
Boston, MA 02108
TEL: (617) 227-5050
FAX: (617) 227-7107

Defendant,
DaimlerChrysler Corporation
By its attorney,

Peter M. Durney, BBO # 139260
Gregg P. Bailey, BBO # 648259
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
TEL: (617) 482-8100
FAX: (617) 482-3917

## CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, American Honda Motor Co., Inc., hereby certify that on the 10th day of December, 2004, a true copy of the foregoing, Stipulation of Dismissal, was served by mail, postage prepaid, directed to:

Kenneth M. Knee, Esq.
Law Office of Kenneth M. Knee
55 Union Street
Boston, MA 02110

                                              _____
                                              Gregg P. Bailey

2